FILED

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0570

_____

JAMES T. & ELIZABETH GRUBA and LEO G.
and JEANNE R. BARSANTI,

      Petitioners and Appellants,

      v.

MONTANA PUBLIC SERVICE COMMISSION,
and NORTHWESTERN ENERGY,

      Respondents and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Christopher D. Abbott, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 30 2021